**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

## MINUTE OF HEARING

**Hearing Information:**

- **Debtor:** AUTOS VEGA INC
- **Joint Debtor:**
- **Case Number:** 11-05773-SEK    **Chapter:** 11
- **Date / Time / Room:** 8-5-2011    **Courtroom** #1
- **Bankruptcy Judge:** Sara De Jesus
- **Courtroom Deputy:** ALVIN CENTENO GONZ/

**Matter:**
EMERGENCY JOINT MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS FOR THE PURCHASE OF NEW VEHICLE INVENTORY FILED BETWEEN D

**Appearances:**
☐ Debtor ☑ Debtor's Attorney ☐ Trustee ☑ US Trustee

☑ **Creditors/Others:** Fernando Valderrama on behalf of Volkswagon of America, Marena S. Ramirez on behalf of Emilio Vega.

**Notes and Remarks:** *(Order will be entered electronically)

**Proceedings:**

Debtor requested administrative consolidation between cases 11-05773 Autos Vega Inc. and 11-05772 Euroclass Motors Inc., Debtor's attorney shall address the issue of conflict of interest by representing both cases. They were given a period of fourteen (14) days in order to deal with the issue of conflict of interest. Clerk to follow up.

The emergency joint motion for use of cash collateral on an interim basis for the purchase of new vehicle inventory filed in case no. 11-05773 (docket #30) will be approved if no objection are been filed by 08/08/2011. The clerk office shall enter the order on 08/09/2011 without further ado.

The emergency joint motion for use of cash collateral on an interim basis for the purchase of new vehicle inventory filed in case no. 11-05772 (docket #27) will be approved if no objection are been filed by 08/08/2011. The clerk office shall enter the order on 08/09/2011 without further ado.

Debtor in possession's motion for administrative consolidation filed on case no. 11-05772 (dkt. 17) and on case no. 11-05773 (dkt . 16) were approved. Orders will be entered.

The joint motion to stipulate the permanent use of cash collateral, post petition financing and adequate protection filed in case no. 11-05773 (docket #33) will be approved if no objection are been filed by 08/22/2011. The clerk office shall enter the order on 08/23/2011 without further ado.

The joint motion to stipulate the permanent use of cash collateral, post petition financing and adequate protection filed in case no. 11-05772 (docket #29) will be approved if no objection are been filed by 08/22/2011. The clerk office shall enter the order on 08/23/2011 without further ado.
Once the order approving this motions has been entered, both cases will be transferred to Judge Caban's docket.