TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME : Euroclass Motors, Inc.

CASE NUMBER : 11-05772

CHAPTER : 11

JUDGE : SEK

DATE OF MEETING: 8/15/11

TIME OF MEETING: 9:30 a.m.

TRACK NUMBER : 0

METER READING
START : 0:00 (hr:min)

END : 1:06 (hr:min)

1) DEBTOR:
(X) PRESENT
( ) NOT PRESENT
( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
(X) PRESENT
( ) NOT PRESENT

3) CREDITORS:
(X) PRESENT (See attachment)
( ) NOT PRESENT

4) TRUSTEE:
( ) HAS BEEN APPOINTED
NAME OF TRUSTEE:_____
(X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
( ) HAS BEEN APPOINTED
(X) HAS NOT BEEN APPOINTED file C

6) SCHEDULES: (will file &
(X) HAVE BEEN FILED Sch. A & C
(X) HAVE NOT BEEN FILED in 5 days)

7) STATEMENT OF FINANCIAL AFFAIRS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF
THE DEBTOR'S ESTATE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION
BANK ACCOUNTS:
( ) HAS BEEN FILED (15 days)
(X) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR
IN POSSESSION BANK ACCOUNTS:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
(X) HAVE BEEN FILED
( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST
TWO YEARS:
(X) HAVE BEEN FILED 2010
( ) HAVE NOT BEEN FILED

13) RENT ROLL: N/A
( ) HAS BEEN FILED
( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
(X) HAS BEEN FILED
( ) HAS NOT BEEN FILED

15) MEETING:
(X) CLOSED
( ) CONTINUED TO:

DATE:_____

TIME :_____

16)     COMMENTS:

(Filed Electronically)

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

8/15/11
Date

Euroclass Motors
11-05772

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Marena Ramírez, Esq | Emilio Vega | (787) 977-5050 | | |
| Nathalia Rivera, Esq | (Ramírez de Arellano law offices) | 787-765-2188 (ESPR) | | |
| Edgardo Muñoz | Miguel Marrero | 787-529-3888 | | |
| emunz @ emunz. net | | | | |
| Lourdes Arroyo | Ford Motor | O'neill @ Borges | 764-878 | |
| Edgardo L. Rodríguez (id) | Miguel Marrero | (787) 772-9911 | | |
| Marymar González Carrasquillo | Miguel Marrero | (787) 772-9911 | | |
| Pedro Jany | ASG. Suite C-10 1126 Ashford Ave. | 787-724-8212 | | |
| Jaime Rullan | Reliable Finance Suite 1701 Citybank Towers 252 Ponce de León Ave | (787) 620-0074 | | |